SARAH MERKAVAH, legally MONICA VELEBER

Founder and Owner, KESSER Multiverse

551 Gibson Ave

Pacific Grove, CA 93950

(831) 277-8441

Pro Se Plaintiff

FILED

APR 22 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


SARAH MERKAVAH, legally MONICA VELEBER, )

Founder and Owner of KESSER MULTIVERSE,    )

Plaintiff,          )

v.                     )    Case No.: 26-cv-03299-KAW

ALPHABET INC., ET AL.,                )

Defendants.         )


---


NOTICE OF ERRATA REGARDING PLAINTIFF'S NAME


TO THE CLERK OF COURT AND ALL PARTIES:

1. Plaintiff's full and correct legal name is MONICA VELEBER. Plaintiff's sovereign identity is SARAH MERKAVAH, founder and owner of KESSER MULTIVERSE.

2. The court's docket and certain generated documents currently display Plaintiff's name incorrectly as "ICA VELEBER" or "NICA VELEBER." This is a clerical scrivener's error.

3. Plaintiff respectfully requests that the Clerk of Court correct the docket and all official records to reflect the proper spelling MONICA VELEBER, and to acknowledge Plaintiff's sovereign identity as SARAH MERKAVAH. No truncation or omission shall be permitted.

4. This Notice does not alter any substantive claims or allegations in this action.

---

DATED: April 22, 2026

Respectfully submitted,

/s/ Sarah Merkavah

SARAH MERKAVAH, legally MONICA VELEBER

Pro Se Plaintiff

Founder and Owner, KESSER Multiverse

---