UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA VELEBER,

          Plaintiff,

     v.

ALPHABET INC., et al.,

          Defendants.

Case No. 4:26-cv-03299-KAW

ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge