UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA VELEBER,

　　　　　　Plaintiff,

　　　v.

ALPHABET INC., et al.,

　　　　　　Defendants.

Case No. 26-cv-03299-SK

**ORDER TO SHOW CAUSE AND DENYING MOTIONS**

Regarding Docket Nos. 13, 18

An initial Case Management Conference was scheduled in this case for July 6, 2026 at 1:30 p.m. (Dkt. No. 10.) Plaintiff's case management statement was due to be filed by no later than June 29, 2026. Plaintiff failed to file a case management statement. A Clerk's Notice was issued on June 30, 2026, reminding Plaintiff of her obligation to file a case management statement. She still did not file one. The Court held the Case Management Conference on July 6, 2026, but Plaintiff failed to appear. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE in writing why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than August 4, 2026. Plaintiff is admonished that if she fails to respond to this OSC by August 4, 2026, the Court will prepare a report and recommendation to dismiss this case for failure to prosecute and will have this case reassigned to a district judge. The Court will reset the Case Management Conference, if necessary, at a later date.

The Court further notes that Plaintiff has filed a number of documents and motions. (Dkt. Nos. 13-23.) Plaintiff's filings are difficult to understand. To the extent she is seeking relief against Defendants who have not yet appeared, the Court DENIES her motions. Plaintiff is reminded that it is her obligation to timely serve Defendants with the summons and complaint.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se*

litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 14, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2