UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA VELEBER,

          Plaintiff,

     v.

ALPHABET INC., et al.,

          Defendants.

Case No. 26-cv-03299-JST

**ORDER OF RECUSAL**

Finding myself disqualified, I hereby recuse from this case and request that it be reassigned pursuant to the Assignment Plan.  All pending hearing and trial dates are hereby vacated and will be reset by the newly assigned judge.

     **IT IS SO ORDERED**.

Dated:  July 24, 2026

_____

JON S. TIGAR

United States District Judge